## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK GIORDANO and DANIEL M. DiLELLA<br><br>*Plaintiffs*,<br><br>vs.<br><br>ANDREW HOHNS, NOAH GRIFFIN, JAMES SWANSON, and JANE AND JOHN DOES (1-10)<br><br>*Defendants*. | DOCKET NO. 2:23-CV-01614 |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, Frank Giordano and Daniel M. DiLella, in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order and Memorandum Opinion dated February 2, 2024 (enclosed as Exhibit "A") accepting the U.S. Government's Notice of Substitution and granting the Government's Motion to Dismiss, dismissing Plaintiffs' claims with prejudice.

Respectfully Submitted,

**BOCHETTO & LENTZ, P.C.**

Date: 2/16/2024

By:  */s/ George Bochetto, Esquire*
George Bochetto, Esquire
David P. Heim, Esquire
Kiersty DeGroote, Esquire

                1524 Locust Street
                Philadelphia, PA 19102
                (215) 735-3900
                gbochetto@bochettoandlentz.com
                dheim@bochettoandlentz.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK GIORDANO and DANIEL M. DiLELLA<br><br>*Plaintiffs*,<br><br>vs.<br><br>ANDREW HOHNS, NOAH GRIFFIN, JAMES SWANSON, and JANE AND JOHN DOES (1-10)<br><br>*Defendants*. | DOCKET NO. 2:23-CV-01614 |

## CERTIFICATION OF SERVICE

I, George Bochetto, Esquire hereby certify that a true and correct copy of the within Notice of Appeal was forwarded on the 16th day of February, 2024 to the following via ECF filing and first class mail:

Honorable Nitza I. Quinones Alejandro
Judge, United States District Court
8613 U.S. Courthouse, Courtroom 8-B
601 Market Street
Philadelphia, PA 19106

Landon Y. Jones III
Rebecca S. Melley
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

*Attorneys for the United States*

**BOCHETTO & LENTZ, P.C.**

Date:  2/16/2024

By:   */s/ George Bochetto, Esquire*
George Bochetto, Esquire
David P. Heim, Esquire
*Attorney for Plaintiffs*